UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Case No. 25-mj-299 (JTH)

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF THE PREMISES FURTHER DESCRIBED IN ATTACHMENT A | **ORDER TO UNSEAL** |

This matter is before the Court on the Government's Motion to Unseal. The above-captioned search warrant no longer needs to be sealed for the reasons set forth in the Government's Motion.

THEREFORE, IT IS HEREBY ORDERED that the Government's Motion is GRANTED. The Clerk's Office is directed to unseal this search warrant.

Dated: May 22, 2025         *s/Jon T. Huseby*
                            The Honorable Jon T. Huseby
                            United States Magistrate Judge